# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| GERALYN HARTMAN, | ) | Civil Action Number: 4:20-cv-01264-JMC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | **ORDER** |
| Commissioner of Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court pursuant to Defendant's Uncontested Motion to Remand pursuant to sentence four of 42 U.S.C. § 405(g). (ECF No. 24.) Defendant asserts that remand is appropriate for "further evaluation of Plaintiff's disability claim." (*Id.* at 1 ¶ 2.)

Therefore, after consideration of Defendant's Uncontested Motion to Remand (ECF No. 24) and Plaintiff's statement of consent (*id.* at 2 ¶ 5), the court **GRANTS** Defendant's Motion (*id.*), **ENTERS** Final Judgment under Rule 58 of the Federal Rules of Civil Procedure, and **REMANDS** this case to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

February 22, 2021
Columbia, South Carolina